684

No. 785. NORTHWEST UTILITIES SECURITIES CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John Junell* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Lucius A. Buck* for respondent.

No. 793. HIDALGO COUNTY DRAINAGE DISTRICT No. 1 *v.* CREATH, RECEIVER. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. D. Cox, Jr.,* for petitioner. No appearance for respondent.

No. 788. KENSEY, ADMINISTRATRIX, *v.* CENTRAL RAILROAD Co. OF NEW JERSEY. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas J. O'Neill* and *Charles D. Lewis* for petitioner. *Messrs. Charles E. Miller* and *DeVoe Tomlinson* for respondent.

No. 797. BENSON *v.* SULLIVAN, RECEIVER. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd C. Whitman* for petitioner. *Mr. Otis. F. Glenn* for respondent.

No. 810. SPRINGFIELD FIRE & MARINE INSURANCE Co. *v.* J. T. WILSON Co. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. Louis Kohe* for petitioner. *Mr. John E. Shepard* for respondent.